UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ANTHONY RUFO<br><br>    Defendants. | 2:10-CR-00306-PMP-GWF<br><br>**<u>ORDER</u>** |

In the Reply Memorandum (Doc. #37) filed June 12, 2013, Defendant Rufo withdraws Defendant Rufo's First 2255 Motion (Doc. #33), filed May 20, 2013.

**IT IS THEREFORE ORDERED** that Defendant Rufo's First 2255 Motion (Doc. #33) is hereby withdrawn.

DATED: July 5, 2013.

PHILIP M. PRO
United States District Judge